B6 Declaration (Official Form 6 – Declaration)(12/07)

In Re:  Thomas and Kathy L. Randele        Case No.  14-11042-JNF

## DECLARATION CONCERNING DEBTORS AMENDED SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTORS

We declare under penalty of perjury that we have read the foregoing amended Schedules, consisting of 8 pages, and that they are true and correct to the best of our knowledge, information and belief.

Date: 4/22/14        Signature: _____
                                Thomas Randele
                                Debtor

Date: 4/22/14        Signature: _____
                                Kathly L. Randele
                                Joint Debtor

Penalty for making a false statement or concealing property: Fine of up to $500,000.00 or imprisonment for up to 5 years or both.  11 U.S.C § 152 and 3571.